# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 4:17 CR 539 RLW SPM |
| ) | |
| **ANTHONY WILSON,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO DETERMINE ADMISSIBILITY OF CONFESSION

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Jeffrey B. Jensen, and Thomas J. Mehan, Assistant United States Attorney for said district, and pursuant to Title 18 § 3501, moves the court to determine the admissibility of the defendant's confession as to its voluntariness.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

/s/ Thomas J. Mehan
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney

## CERTIFICATE OF SERVICE

The above signed hereby certifies that a copy of the above was served via this Court's electronic filing system upon counsel of record on March 11, 2020.

/s/ Thomas J. Mehan
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney